**Opinion issued March 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00957-CR

———————————

**MICHELLE SCHIFFER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1571975

---

## MEMORANDUM OPINION

Appellant, Michelle Schiffer, has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. The Clerk of this Court has sent a duplicate copy to the trial court clerk. *Id.*

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).